UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-P53-H

**MICHAEL WAYNE GREENWELL, SR.**                       **PLAINTIFF**

**v.**

**DANNY FACKLER** *et al.*                                   **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's Eighth Amendment conditions-of-confinement claims and First Amendment mail claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff's overcharging-of-stamps claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

Date:

cc:      Plaintiff, *pro se*
          Defendants
          Bullitt County Attorney
4412.005