# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CIVIL ACTION NO. 3:10CV-P53-H

**MICHAEL WAYNE GREENWELL**                                                                **PLAINTIFF**

**v.**

**DANNY FACKLER** *et al.*                                                                          **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with a prior Order of this Court.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
          Counsel of record
4412.005